# UNITED STATES DISTRICT COURT
Eastern District of California

JULIA SUBIA, ET AL.,

                  Plaintiffs,

       v.

CITY OF FRESNO, ET AL.,

                  Defendants.

**ORDER ON APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:12-cv-00528-LJO-GSA

Having considered the applications of Plaintiffs Julia Subia and Arturo Subia to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the applications are:

✔ GRANTED

    ✔ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiffs. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

IT IS SO ORDERED.

Dated: __April 10, 2012__            __/s/ Gary S. Austin__
                                              UNITED STATES MAGISTRATE JUDGE